AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 13, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| PATRICK KEZER, an individual | ) |
| *Plaintiff* | ) |
| v. | ) |
| LITHIA MOTORS INC, an Oregon corporation, | ) |
| HWS LAW GROUP PLLC, | ) |
| a Washington professional limited liability company, and | |
| ANTHONY R SCISCIANI, III, an individual | |
| *Defendant* | |

Civil Action No.   2:26-CV-00144-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendants' Motion to Dismiss, ECF No. 19, is GRANTED. Plaintiff's Amended Complaint, ECF No. 18, is DISMISSED, with prejudice.
Judgment in favor of Defendants.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stan Bastian

Date:   8/13/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*